■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONOVAN ANDERSON, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered November 15, 1989, convicting him of rape in the first degree and sodomy in the first degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We find that the further prosecution of the defendant was not barred by double jeopardy since there was a manifest necessity for a *sua sponte* declaration of a mistrial at the defendant's first trial. Under the circumstances, the court properly declared a mistrial upon ascertaining that the defense counsel had been suspended from the practice of law *(see, People v Ferguson,* 67 NY2d 383).

The defendant's contention that he was deprived of his right to counsel because the attorney who represented him at the *Mapp* hearing had been suspended from the practice of law is unpreserved for appellate review. The defendant did not request a new hearing after new counsel was appointed to represent him at his second trial *(see, People v Martin,* 50 NY2d 1029; *People v Tutt,* 38 NY2d 1011; *People v Gray,* 154 AD2d 478).

The defendant's contention that the verdict sheet submitted to the jury was improper is unpreserved for appellate review because he failed to object to its submission *(see, People v Gray, supra,* at 481; *People v Mathis,* 150 AD2d 613; *People v Moore,* 149 AD2d 739).

The defendant's remaining contention is without merit. Thompson, J. P., Bracken, O'Brien and Santucci, JJ., concur.